UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| WJ HOLDING LIMITED, | Case No.: 19-cv-06260-DAB |
| Plaintiff, | **DECLARATION OF** |
| - against - | **SERVICE** |
| TRANSDNIESTRIAN MOLDOVIAN REPUBLIC, TRANSNISTRIAN REPUBLIC BANK and CJSC TRANSNISTRIAN SBERBANK, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

JEFFREY FLEISCHMANN, hereby affirms the truth of the foregoing under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am the attorney for Plaintiff WJ Holding Limited. I have personal knowledge of the matters set forth herein. In accordance with the Court Order, dated July 18, 2019, on August 7, 2019, I caused to be served via email the Summons, Petition and accompanying documents dated July 26, 2019 to Mr. Vadim Krasnoselsky, President of the TMR and Mr. Sergey Obolonik, Minister of Economic Development at economy.pmr@gmail.com, obolonik@mer.gospmr.org and psp@president.gospmr.org; Mr. Alexander Martynov, Chairman of the Government of the TMR at ud.pmr@gov-pmr.org and office@gov-pmr.org; Mr. Vladislav Tidva, Chairman of Transnistrian Republican Bank at d.sivakov@cbpmr.net and info@cbpmr.net; and Ms. Svetlana Kalugina, Chairperson of the Executive Board of CJSC Transnistrian Sberbank at info@prisbank.com and additionally, on July 29, 2019, via DHL express, to Mr. Vladislav Tidva, Chairman of Transnistrian Republican Bank, 71 25th October Street, 3300 TIRASPOL, Moldova, Republic of; Denis Buraga, In-House Counsel, Ministry of Economic Development, 57 Sverdlova Street, 3300 TIRASPOL, Moldova, Republic of; Mr. Alexander Martynov,

Chairman of the Government of the TMR, 45 25th October Street, 3300 TIRASPOL, Moldova, Republic of; and Ms. Svetlana Kalugina Chairperson of the Executive Board of CJSC Transnistrian Sberbank, 93 25th October Street, 3300 TIRASPOL, Moldova, Republic of.

Dated: August 26, 2019
      New York, New York

           LAW OFFICE OF JEFFREY FLEISCHMANN PC

           By: /s/ Jeffrey Fleischmann
               Jeffrey Fleischmann, Esq.

           *Attorneys for Plaintiff WJ Holding Limited*
           150 Broadway, Suite 900
           New York, NY  10038
           Tel. (646) 657-9623
           Fax (646) 351-0694
           jf@lawjf.com