UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

WJ HOLDING LIMITED,

    Petitioner,

  -v-                                          No. 19 CV 6260-LTS

TRANSDNIESTRIAN MOLDOVIAN
REPUBLIC et al,

    Respondents.

-------------------------------------------------------x

## ORDER

Petitioner WJ Holding Limited is directed to file a status report by May 29, 2020. The report must address the status of service upon and any other contact with Respondents and, if no response to the Petition has been filed, whether Petitioner intends to move for default judgment or seek voluntary dismissal of this case.

    SO ORDERED.

Dated: New York, New York
       March 12, 2020

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge