UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

WJ HOLDING LIMITED,

       Petitioner,                                  No. 19  Civ. 6260 (LTS)

  -v-

                                                    ORDER

TRANSDNIESTRIAN MOLDOVIAN
REPUBLIC, TRANSNISTRIAN
REPUBLICAN BANK, and CJSC
TRANSNISTRIAN SBERBANK,

       Respondents.

-----------------------------------------------------x

       This matter having been commenced by the filing of a petition to confirm arbitration on July 5, 2019, and the respondents having failed to interpose a timely response to the petition or otherwise move in this proceeding, and the petitioner having sought permission to move for a default judgment, it is hereby

       ORDERED, that the petitioner may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment must be served on the respondents and must be accompanied by copies of the Clerk's Certificate; proof of service of the summons and petition and the motion for default judgment as provided by the undersigned's Individual Practices Rules; an affidavit confirming that the petition was timely filed and that the award that is the subject of the application has not been vacated or modified and that no application for such relief is currently pending; and the papers enumerated in 9 U.S.C. § 13; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that petitioner must serve a copy of this Order and the motion for default judgment using the methods authorized for alternative service of process by Order dated

July 18, 2019 (see docket entry no. 6) on respondents and file proof of such service within fourteen (14) days from the date hereof.

Dated: New York, New York
       June 22, 2020

                                                /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            United States District Judge