UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WJ HOLDING LIMITED,

                Petitioner,                            19 **CIVIL** 6260 (LTS)

       -against-                                **JUDGMENT**

TRANSDNIESTRIAN MOLDOVIAN REPUBLIC,
TRANSNISTRIAN REPUBLICAN BANK and
CJSC TRANSNISTRIAN SBERBANK,

                Respondents.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated February 8, 2021, In light of the foregoing response to the Court's January 21, 2021, Memorandum Order and Order to Show Cause (DE# 38), all claims are hereby dismissed without prejudice as against Respondents Transnistrian Republican Bank and CJSC Transnistrian Sberbank, and Counts II and III of the Petition are dismissed without prejudice as against Respondent Transdniestrian Moldovian Republic ("TMR") In accordance with the Court's January 21, 2021, Order, judgment is entered in Plaintiff's favor and against Respondent TMR on Count I in the amount of $12,423,247.00, with post- judgment interest to accrue in accordance with 28 U.S.C. section 1961.

**Dated:**  New York, New York
         February 9, 2021
.

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                           **BY:**

                                                              **Deputy Clerk**